# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-20300
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
March 7, 2019

Lyle W. Cayce
Clerk

PHYSICIAN ACO, LIMITED LIABILITY CORPORATION; ACO TRIPLE AIM PROVIDERS, INCORPORATED, jointly doing business as PACO ACO 1393,

      Plaintiffs - Appellants

v.

ALEX M. AZAR, II, SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES CENTER FOR MEDICARE & MEDICAID SERVICES,

      Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:15-CV-803

Before SMITH, WIENER, and WILLETT, Circuit Judges.

PER CURIAM:*

    Plaintiff-Appellant PACO ACO 1393 appeals from the district court's partial dismissal of its claim against the above-named Defendant-Appellees and the district court's denial of Plaintiff-Appellant's Motion for

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-20300

Reconsideration of that partial dismissal. We affirm for the reasons set forth by the district court.

AFFIRMED.